UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CANON KOCAR,

              Plaintiff,

-against-

PORT AUTHORITY OF NEW YORK AND
NEW JERSEY,

              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/8/2020

19 Civ. 11508 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    The order at ECF No. 15 is hereby STRICKEN.

    SO ORDERED.

Dated: July 8, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge