EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CANON KOCAR,                                                               Civil Action No.: 19-cv-11508(AT)(KNF)

                Plaintiff,

       v.

THE PORT AUTHORITY OF NEW YORK AND
NEW JERSEY,

                Defendant.
---------------------------------------------------------------X

## ACKNOWLEDGMENT

The undersigned hereby acknowledges and agrees to the following terms and conditions:

1) I have read the annexed Confidentiality Order, dated _____, 2020, in the Litigation.

2) I am fully familiar with and agree to comply with and be bound by the provisions of that Confidentiality Order and consent to the jurisdiction of the United States District Court, Southern District of New York.

3) I will not divulge to persons other than those specifically authorized by the Confidentiality Order, and will not copy or use, except solely for the purpose of the Litigation, any information designated as Confidential.[2]

Dated: _____

Name (printed): _____

Signature: _____

---

[2] Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Confidentiality Order.