UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/28/2020_
```

CANON KOCAR,

                Plaintiff,

-against-

PORT AUTHORITY OF NEW YORK AND
NEW JERSEY,

                Defendant.

19 Civ. 11508 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    It is hereby ORDERED that the case management conference scheduled for September 1, 2020, is ADJOURNED to **November 2, 2020**, at **11:00 a.m**. The conference will proceed telephonically. The parties are directed to call either (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

    SO ORDERED.

Dated: August 28, 2020
       New York, New York

                                                    ANALISA TORRES
                                           United States District Judge