UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CANON KOCAR,<br><br>       Plaintiff,<br><br>    -against-<br><br>PORT AUTHORITY OF NEW YORK AND NEW JERSEY,<br><br>       Defendant. | 1:19-cv-11508 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  The Court has reviewed the parties' joint letter dated October 3, 2022.  *See* ECF No. 54. Plaintiff's request to reopen fact discovery, which closed over a year ago on January 19, 2021, is denied.  Counsel for all parties shall appear for a status conference on **November 3, 2022 at 10:30 a.m.** to discuss the status of the case, pretrial deadlines, and settlement.

Dated: October 4, 2022
    New York, New York

                SO ORDERED.

                *Jennifer Rochon*
                JENNIFER L. ROCHON
                United States District Judge