UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CANON KOCAR,

                    Plaintiff,

          -against-

PORT AUTHORITY OF NEW YORK AND
NEW JERSEY,

                    Defendant.

1:19-cv-11508 (JLR)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

The Court held a status conference on November 3, 2022.  Accordingly, and as stated on the record at the conference, IT IS HEREBY ORDERED that:

- By **November 21, 2022**, counsel for both parties shall meet for at least one hour to discuss settlement of this matter.  In addition, the parties shall, by **November 21, 2022**, file a letter to advise the Court if they wish to be referred to a magistrate judge or to mediation for settlement purposes.

- By **March 17, 2023**, the parties shall submit any motions *in limine*.  Oppositions to any motions *in limine* shall be submitted by **March 24, 2023**.  There will be no replies.

- By **March 17, 2023**, the parties shall submit all required pretrial filings, including their proposed joint pretrial order, requests to charge, verdict form, *voir dire* questions, documentary exhibits and demonstratives, and all other required submissions in accordance with Rule 5 of the Court's Individual Rules of Practice in Civil Cases.

- Counsel for all parties shall appear for a final pretrial conference on **October 17, 2023 at 10 a.m.** in Courtroom 20B of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

- Trial shall begin on **October 30, 2023**.  The parties should be prepared to proceed to trial well in advance of that date.  The Court may reschedule trial for an earlier date as its availability permits.

Dated: November 3, 2022
          New York, New York

SO ORDERED.

*Jennifer Rochon*
_____
JENNIFER L. ROCHON
United States District Judge