UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CANAN KOCAR,

                               Plaintiff,                    19 **CIVIL** 11508 (JLR)

       -against-                                           **JUDGMENT**

THE PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,
                              Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That after a Jury Trial before the Honorable Jennifer L. Rochon, United States District Judge, the jury has returned a verdict in favor of Defendant, and the Complaint is hereby dismissed.

**DATED:**  New York, New York
             January 26, 2024

                                                                    **RUBY J. KRAJICK**

**So Ordered:**                                                        Clerk of Court

                                                            **BY:**

_____                                 _____
**Jennifer L. Rochon, U.S.D.J.**                           **Deputy Clerk**